ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 13 2025

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

SAMUEL TUNICK

Criminal Action No.

1 8 25 C R - 0 4 9 9

**UNDER SEAL**

## Motion to Seal Indictment

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Matthew S. Carrico, Assistant United States Attorney for the Northern District of Georgia, respectfully requests that the attached **Indictment**, motion to seal and order be sealed for the following reasons:

The defendant is unaware that he is being indicted. If the indictment is made public it may cause the defendant to flee before law enforcement can locate him and effectuate an arrest.

WHEREFORE, the United States of America respectfully requests that this motion, the **Indictment** and ensuing order be sealed.

2

Submitted this 13th day of November 2025.

Respectfully submitted,

THEODORE S. HERTZBERG
   *United States Attorney*

/s/MATTHEW S. CARRICO
   *Assistant United States Attorney*
Georgia Bar No. 538608
matthew.carrico@usdoj.gov