ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 13 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | **1 : 25 C R - 0 4 9 9** |
| Samuel Tunick | **UNDER SEAL** |

### Order

Having read and considered the government's Motion to Seal **Indictment** and application and for good cause shown,

It is hereby ORDERED that the **Indictment** and application be sealed.

SO ORDERED this 13th day of November, 2025.

_R. Cannon_
REGINA D. CANNON
UNITED STATES MAGISTRATE JUDGE

Presented by:
Matthew S. Carrico, Assistant United States Attorney