U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2025R01018)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 13 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:   Clayton

DISTRICT COURT NO.   1:25CR-0499
UNDER SEAL

MAGISTRATE CASE NO.

X Indictment                Information                Magistrate's Complaint
DATE: November 13, 2025     DATE:                      DATE:

UNITED STATES OF AMERICA
vs.
SAMUEL TUNICK

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Matthew S. Carrico
Defense Attorney: