IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

SAMUEL TUNICK

Criminal Action No.

1:25-CR-499

### Motion to Unseal Indictment

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Matthew S. Carrico, Assistant United States Attorney for the Northern District of Georgia, moves this court to unseal the **Indictment** in the above-styled case and in support thereof shows that Samuel Tunick was arrested on December 2, 2025.

WHEREFORE, the government respectfully requests that **Indictment** be unsealed.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/MATTHEW S. CARRICO
*Assistant United States Attorney*
Georgia Bar No. 538608
matthew.carrico@usdoj.gov