IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 1:25-CR-499 |
| Samuel Tunick | |

### Order

Having read and considered the government's Motion to Unseal **Indictment** and application and for good cause shown,

It is hereby ORDERED that the **Indictment** and application be unsealed.

SO ORDERED this 3rd day of December, 2025.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

Presented by:
Matthew S. Carrico, Assistant United States Attorney