U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

P L E A  (With Counsel)

FILED IN OPEN COURT
U.S.D.C. - Atlanta
DEC - 3 2025
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

CRIMINAL NO. 1:25-CR-0499

I, Samuel Tunick, defendant, having received a copy of the within Indictment, and having been arraigned plead <u>Not Guilty</u> thereto to the sole count thereof.

In Open Court this 3rd day of December, 2025.

_____
SIGNATURE (Defense Attorney)
Daniel Kane

_____
SIGNATURE (Defendant)
Samuel Tunick

INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: w) 404-577-1200
       c) 678-358-6723
Bar Number: 406375

173 NASSAU ST.
ATLANTA, GA.
30303
Phone: 404-577-1200

Filed in Open Court by:
_____
(Signature)

12/3/25
Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12