IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

CRIMINAL CASE NO.
1:25-CR-499

SAMUEL TUNICK

ORDER

This matter is before the Court on Defendant Samuel Tunick's motion to modify his bond conditions to move from the residence approved by the Court on December 3, 2025.

IT IS HEREBY ORDERED that Mr. Tunick be permitted to reside at 1920 Browns Mill Road, SE, Atlanta, Georgia 30315.

SO ORDERED, this _____ day of ____, 2026.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE