# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:25-cr-00499-ELR-CCB
### USA v. Tunick
### Honorable Christopher C. Bly

Minute Sheet for proceedings held In Open Court on 03/19/2026.

TIME COURT COMMENCED: 9:32 A.M.
TIME COURT CONCLUDED: 9:50 A.M.  TAPE NUMBER: Microsoft Teams
TIME IN COURT: 00:18  DEPUTY CLERK: James Jarvis
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1] Samuel Tunick NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Matthew Carrico representing USA |
| | Melissa McGrane representing Samuel Tunick |
| PROCEEDING CATEGORY: | Pretrial Conference |
| MINUTE TEXT: | The Court held a pretrial conference. |
| | The Court will schedule a hearing regarding Defendant's [21] motion to suppress evidence and statements. |