IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **v.** <br> **SAMUEL TUNICK,** <br> **Defendant.** | **CRIMINAL ACTION NO. 1:25-CR-499-ELR-CCB** |

**ORDER**

This matter comes before the Court for consideration of the parties' joint motion to continue the April 28 evidentiary hearing. (Doc. 24). For good cause shown, the Court **GRANTS** the motion and reschedules the evidentiary hearing for **Tuesday, June 23, 2026 at 9:30 A.M** in **Courtroom 2008,** United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia.

**IT IS HEREBY ORDERED** that the period between the date of the motion to continue the hearing, April 24, 2026, and the rescheduled evidentiary hearing, June 23, 2026, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that the extension is necessary because the parties are engaged in discussions that could potentially resolve the case without the need to litigate Defendant's motion to suppress. If those discussions are not fruitful, and Defendant elects to proceed with the pending motion, the

hearing will go forward as scheduled on June 23, 2026. In addition, the Government's witnesses had scheduling conflicts and were not available to be present for the hearing. The ends of justice served by granting the continuance outweigh the best interest of the public and the Defendant in a speedy trial.

**IT IS SO ORDERED,** this 30th day of April, 2026.

CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE