IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. |
| | 1:25-CR-499-ELR-CCB-1 |
| v. | |
| SAMUEL TUNICK | |

### NOTICE OF APPEARANCE OF COUNSEL

Joe Austin of the Federal Defender Program, Inc., herein files notice of his appearance as co-counsel for Samuel Tunick in the above-referenced case.

Dated:   This 11th day of May 2026.

Respectfully submitted,

*/s/ Joe Austin*
JOE AUSTIN
GEORGIA BAR NO. 176460
ATTORNEY FOR MR. TUNICK

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia 30303
Joe_Austin@FD.org
(404) 688-7530