**FEDERAL DEFENDER PROGRAM**
Northern District of Georgia

Natasha Perdew Silas, Executive Director

Joe Austin
Assistant Federal Defender

May 11, 2026

Courtroom Deputies
United States District Court
for the Northern District of Georgia
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Re:  Leave of Absence

Dear Courtroom Deputies:

This letter is to notify the Court, pursuant to Local Criminal Rule 57.1E(4), that I will be on leave during the dates listed below.  It is respectfully requested that the Court not schedule any court appearances in the attached cases during the following dates:

**May 19, 2026, through and including June 2, 2026**

Thank you for your attention to this matter.

Sincerely,

/s/Joe Austin
Joe Austin
Staff Attorney

cc:    Assistant United States Attorneys (via ECF)

_____
**FEDERAL DEFENDER PROGRAM, INC.**
1500 Centennial Tower | 101 Marietta Street NW | Atlanta, GA 30303 | 404-688-7530

# CASE LIST FOR JOE AUSTIN

United States v. Heather Hill                Case No. 1:26-CR-160-TWT-CMS-1

United States v. Nelson Sorto              Case No. 1:26-CR-061-JPB-LRS-1

United States v. Samuel Tunick            Case No. 1:25-CR-499-ELR-CCB-1

United States v. Kadeidra White           Case No. 1:22-CR-019-JPB