IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.                                                    CRIMINAL CASE NO.
                                                      1:25-CR-499

SAMUEL TUNICK

## MOTION TO MODIFY BOND CONDITIONS

The Defendant, Samuel Tunick, through undersigned counsel, respectfully requests (1) termination of home detention and/or location monitoring, and (2) permission to leave the jurisdiction after the conclusion of his July 20th evidentiary hearing until July 24th, 2026.

Defense counsel has consulted with Mr. Tunick's senior pretrial supervising officer, Krystal Batchelor, who has no objections to Mr. Tunick's requests. In support of this motion, Mr. Tunick shows the following:

(1)

The one-count indictment alleges that Mr. Tunick violated Title 18 U.S.C. 2232(a), Destruction or Removal of Property (i.e the contents of his phone) to Prevent Seizure. (Doc. 1).

(2)

On December 3, 2025, Mr. Tunick was arraigned on the one-count indictment and released on an appearance bond the same day. (Doc. 8).

(3)

Mr. Tunick was doing well on supervision until his May 8th arrest for being "observed within a dumpster" on the Georgia Tech Campus, where Mr. Tunick was searching for discarded items that he could reuse. (Doc. 28). He was charged with loitering and using a false name and was released from Fulton County Jail on a signature bond. (Doc. 28). As a result of his arrest, Mr. Tunick's bond conditions were modified to include home detention and GPS location monitoring "*up to* 90 days," starting on May 18, 2026. (Doc. 28).

(4)

Mr. Tunick has complied with home detention, location monitoring, and his other bond conditions for about two (2) months since the modification was ordered. As such, his senior pretrial supervising officer, Krystal Batchelor, does not object to terminating home detention and GPS monitoring at this time.

(5)

Additionally, Mr. Tunick is requesting permission to leave the jurisdiction for his work as a musician. Mr. Tunick has verified his employment as a musician with his supervising officer, who has authorized Mr. Tunick to perform in the past.  However, he must obtain the Court's permission to travel overnight for an upcoming performance tour. Mr. Tunick has performances or recordings scheduled in the following locations:

a) July 20th at Funky Frankenstein Records, 6097 Lebanon Road, Murfreesboro, Tennessee (he would depart after his evidentiary hearing);

b) July 21st at Earth Girl Tapes, 304 Park Ave., Hattiesburg, Mississippi, and rehearsal at 123 Sims Road, Hattiesburg Mississippi;

c) July 22nd at Fourth Street Tacos, 2415 W. Fourth Street, Hattiesburg, Mississippi;

d) July 23rd at Firehouse Community Arts Center, 412 41st Street South, Birmingham, Alabama;

e) July 24th return to Atlanta, Georgia.

(6)

Defense Counsel has conferred with Mr. Tunick's pretrial supervising officer, Krystal Batchelor, who has no objections to allowing Mr. Tunick to travel for these dates because he has been complying with his bond conditions, including home detention.

WHEREFORE, Mr. Tunick respectfully requests that his bond conditions are modified to (1) terminate home detention and location monitoring, and (2) permit overnight travel from July 20th to July 24th. A proposed order is attached.

Dated:  This 13th Day of July, 2026.

Respectfully Submitted,

*/s/ Melissa McGrane*
Melissa McGrane
Georgia State Bar No. 878384

Federal Defender Program, Inc.
(404) 688-7530; Fax: (404) 688-0768
Melissa_McGrane@fd.org