**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

UNITED STATES OF AMERICA    ::

                         ::       CRIMINAL CASE NO.

v.                     ::       1:25-cr-00499-ELR-CCB

                         ::

SAMUEL TUNICK          ::

## **ORDER**

Defendant Samuel Tunick ("defendant") was released on a bond and supervision under conditions set in this case. Pending before the court is defendant's motion to modify bond conditions, [Doc. 29], seeking to modify the conditions of defendant's release to allow him to:

(1) terminate home detention and location monitoring, and

(2) leave the district after the conclusion of his evidentiary hearing on July 20, 2026, and return to the district on July 24, 2026.

His supervising officer does not oppose the requested modification.

After consideration of the motion, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The defendant's conditions of release are hereby modified to terminate home detention and location monitoring and to allow him to leave the district after the conclusion of his evidentiary hearing on July 20, 2026, and return on July 24, 2026. All other conditions of his release remain in effect.

**IT IS SO ORDERED**, this ___day of July, 2026.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE