## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA     ::

                                  ::      CRIMINAL CASE NO.

v.                               ::      1:25-cr-00499-ELR-CCB

                                  ::

SAMUEL TUNICK            ::

## ORDER

Defendant Samuel Tunick ("defendant") was released on a bond and supervision under conditions set in this case. Pending before the court is defendant's motion to modify bond conditions, [Doc. 29], seeking to modify the conditions of defendant's release to allow him to:

(1)    terminate home detention and location monitoring, and

(2)    leave the district after the conclusion of his evidentiary hearing on

July 20, 2026, and return to the district on July 24, 2026.

The prosecutor and defendant's supervising officer do not oppose the requested modification.

After consideration of the motion, **IT IS HEREBY ORDERED** that the motion, [Doc. 29], is **GRANTED**. The defendant's conditions of release are hereby modified to terminate home detention and location monitoring and to allow him to leave the district after the conclusion of his evidentiary

hearing on July 20, 2026, and return on July 24, 2026. The defendant shall provide to his supervising officer a detailed itinerary, as well as the address and telephone number of the locations where he will be staying. All other conditions of his release remain in effect.

**IT IS SO ORDERED**, this 17th day of July, 2026.

RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE