# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cr-00499-ELR-CCB
## USA v. Tunick
## Honorable Christopher C. Bly

Minute Sheet for proceedings held In Open Court on 07/20/2026.

TIME COURT COMMENCED: 9:37 A.M.
TIME COURT CONCLUDED: 11:41 A.M.
TIME IN COURT: 2:04
OFFICE LOCATION: Atlanta

COURT REPORTER: Wynette Blathers
TAPE NUMBER: FTR
DEPUTY CLERK: James Jarvis

DEFENDANT(S):    [1] Samuel Tunick Present at proceedings

ATTORNEY(S) PRESENT:    Joseph Austin and Melissa McGrane representing Samuel Tunick
Matthew Carrico representing USA

PROCEEDING CATEGORY:    Evidentiary Hearing

MINUTE TEXT:    The Court held an evidentiary hearing regarding Defendant's [21] motion to suppress evidence and statements. The Court left the hearing open for the purpose of supplementing Mr. Kane's testimony. The Court set the following briefing schedule: Defendant's opening post-hearing brief shall be due September 18, 2026, the Government's response shall be due October 9, 2023, and Defendant's reply shall be due October 23, 2026.

Government's witnesses sworn and testified: CBP Officer Larry Findlay; Chief CBP Officer Jason Thomas Hawkins; and CBP Officer Latoya Castro

Government's exhibits admitted: Government's exhibits 1-3 (disc); 4 (brochure); 5 (email);