IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>SAMUEL TUNICK,<br>DEFENDANT. | Criminal Action No.<br><br>1:25-CR-499-ELR/CCB |

**NOTICE OF ENTRY OF APPEARANCE**

Assistant United States Attorney Kassi Conley herein files notice of her appearance in the above-styled case, and respectfully requests that she be added as counsel of record for the United States.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/KASSI CONLEY
*Assistant United States Attorney*
Georgia Bar No. 473972
Kassi.conley@usdoj.gov
*600 U.S. Courthouse*
*75 Ted Turner Drive S.W.*
*Atlanta, GA 30303*
*(404) 581-6000 fax (404) 581-6181*