IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL TUNICK | CRIMINAL ACTION NO.<br>1:25-CR-00499-ELR-CCB-1 |

NOTICE OF APPEARANCE AS CO-COUNSEL

Jaster W. Francis, Jr. of the Federal Defender Program, Inc., herein files notice of his appearance, and respectfully requests that he be added as co-counsel for Defendant, Samuel Tunick, in the above-captioned case.

Respectfully Submitted, this 9th day of September 2026.

*/s/ Jaster W. Francis, Jr.*
JASTER W. FRANCIS, JR.
GEORGIA BAR NO. 994359
ATTORNEY FOR MR. TUNICK

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax: (404) 688-0768
Jaster_Francis@fd.org