IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

SAMUEL TUNICK

CRIMINAL ACTION NO.
1:25-CR-499

## MOTION FOR ADDITIONAL TIME TO FILE POST-HEARING SUPPRESSION BRIEF

The Defendant, Samuel Tunick, through undersigned counsel, respectfully requests a thirty (30) day extension to file a post-hearing suppression brief in this case. Mr. Tunick's post-hearing suppression brief is currently due on September 18, 2026. Mr. Tunick shows the following:

(1)

The one-count indictment alleges that Mr. Tunick violated Title 18 U.S.C. 2232(a), Destruction or Removal of Property to Prevent Seizure. (Doc. 1).

(2)

On December 3, 2025, Mr. Tunick was arraigned on the one-count indictment and released on an appearance bond the same day. (Doc. 8). On December 15, 2025, Mr. Tunick communicated to the Court that he could

no longer afford to retain a private lawyer and requested a court-appointed lawyer. An order appointing counsel was entered on December 28, 2026. (Doc. 14). An evidentiary hearing was held on Mr. Tunick's pretrial motions to suppress, Doc. 21, on July 20, 2026. (Doc. 31). On August 12th, the transcripts of the evidentiary hearing were filed. (Doc. 34).

(3)

Mr. Tunick, through undersigned counsel, is requesting a thirty-day continuance from the original pretrial motions' deadline of September 17th. Undersigned counsel is asking for additional time due to significant caseload demands, requiring a prioritization of clients in custody and those facing significant custodial time.

(4)

Undersigned counsel has consulted with AUSA Carrico regarding a thirty-day continuance and he has no objection.

(5)

Undersigned counsel requests a continuance to allow the reasonable time necessary for effective representation. The interests of justice in continuing the motions deadline outweigh the interests of the public and the defendant in the speedy resolution of this matter, and thus the

defendant counts as excludable any delay occurring in extending the motions deadline. 18 U.S.C. § 3161(h)(7)(A), (B).

WHEREFORE, Mr. Tunick respectfully requests that he be given a thirty (30) day extension to file a post-hearing suppression brief. A proposed order is attached.

Dated: This 17th Day of September, 2026.

Respectfully Submitted,

*/s/ Melissa McGrane*
Melissa McGrane
Georgia State Bar No. 878384

Federal Defender Program, Inc.
(404) 688-7530; Fax: (404) 688-0768
Melissa_McGrane@fd.org