IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL TUNICK | CRIMINAL ACTION NO.<br>1:25-CR-499 |

**ORDER GRANTING ADDITIONAL TIME**
**TO FILE SUPPRESSION BRIEF**

The Court finds good reason to extend the time for the Defendant to file a post-hearing suppression brief. The Court finds that the interests of justice in continuing the deadline substantially outweigh the interests of the public and the defendant in the speedy resolution of this matter, and thus the Clerk is directed to count as excludable any delay occurring in extending the deadline. 18 U.S.C. § 3161(h)(7)(A), (B).

IT IS HEREBY ORDERED that the Defendant shall file a Suppression Brief by ______________________.

SO ORDERED, this ____ day of ___________________, _______.

______________________________________
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE

Proposed Order Submitted By:

Melissa McGrane
Georgia Bar No. 878384
Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax: (404) 688-0768
Melissa_McGrane@fd.org