IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**SAMUEL TUNICK,**<br><br>**Defendant.** | **CRIMINAL ACTION NO. 1:25-CR-499-ELR-CCB** |

# ORDER

This matter is before the Court for consideration of Defendant's unopposed motion for a 30-day extension of the post-hearing briefing schedule. (Doc. 37). For good cause shown, the Court **GRANTS** the motion and amends the briefing schedule as follows: Defendant's opening brief shall be due October 19, 2026, the Government's response shall be due November 9, 2026, and Defendant's reply shall be due November 23, 2026.

**IT IS HEREBY ORDERED** that the period between the end of the prior briefing schedule, October 23, 2026, and the conclusion of the new briefing schedule, November 23, 2026, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that the extension is necessary because counsel for Defendant needs additional time to prepare the

post-hearing brief. The ends of justice served by granting the continuance outweigh the best interest of the public and the Defendant in a speedy trial.

**IT IS SO ORDERED,** this 18th day of September, 2026.

CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE