IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL CASE NO. 1:25-CR-499-ELR-CCB-1 |
| SAMUEL TUNICK | |

UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

The Defendant, Samuel Tunick, through undersigned counsel, respectfully requests that his bond conditions be modified in two regards relating to the travel restriction. First, Mr. Tunick asks that he be permitted to travel outside the district to perform music with his music group from September 30th through October 5th, as well as from October 16th to October 18th. Second, he asks that the travel condition be modified such that the U.S. Probation Office can approve in its own discretion, without court action via ruling on a motion, overnight and out-of-district travel if it relates to an urgent family medical issue or a death in Mr. Tunick's family.

Defense counsel has consulted with Mr. Tunick's supervising officer, Alaysha Williams, and Assistant United States Attorney Matthew Carrico, neither of whom objects to Mr. Tunick's request. In support of this motion, Mr. Tunick shows the following:

(1)

The one-count indictment alleges that Mr. Tunick violated Title 18 U.S.C. 2232(a), Destruction or Removal of Property (i.e the contents of his phone) to Prevent Seizure. (Doc. 1).

(2)

On December 3, 2025, Mr. Tunick was arraigned on the one-count indictment and released on an appearance bond the same day. (Doc. 8).

(3)

Due to a previous violation, Mr. Tunick was placed on GPS location monitoring and home detention for a period. (Doc. 28). The Court later granted Mr. Tunick's request to be released from these conditions, as well as to travel out of the jurisdiction for a few days to perform with his music group. (Doc. 30). The Court also granted a subsequent request for Mr. Tunick to visit his family in California. (Doc. 33). The U.S. Probation Office reported to the undersigned that Mr. Tunick fully complied with Probation's expectations regarding travel and communication in both instances.

(4)

Mr. Tunick works in part as a musician. His music group has arranged to perform during two upcoming sets of dates: first, from September 30th to October 5th in Asheville, NC; Richmond, VA; New York City, NY; Philadelphia, PA; Durham, NC; and Charlotte, NC; and second, from October 16th to October 18th in Hattiesburg, MS, and New Orleans, LA. The Court granted a similar unopposed request previously. (Doc. 30). Because Probation wishes for the Court to approve travel requests that involve overnight stays, Mr. Tunick makes this request directly to the Court. He understands that he will have to provide detailed itineraries of where he will perform and where he will stay to his supervising officer.

As to the second request, Mr. Tunick's grandfather is in poor health that is rapidly declining. Should Mr. Tunick receive word that his grandfather may be close to death, he would like to be able to fly home without the need to submit a motion to the Court. In addition, Mr. Tunick would like to be able to fly home without the need for a motion if his grandfather passes away, because of the Jewish tradition of holding funerals soon after death. In either event, Mr. Tunick understands that such travel will be approved only if U.S. Probation agrees it relates to an urgent

family medical issue or a death in the family, and that he will have to provide an itinerary of his travel and where he will stay.

(5)

Defense Counsel has conferred with Mr. Tunick's supervising officer, Alaysha Williams, who has no objections to these requests, and has indicated the language in the proposed order is sufficient for Probation's purposes. Defense counsel has further conferred with AUSA Carrico, who also does not oppose these requests.

WHEREFORE, Mr. Tunick respectfully requests that his bond conditions be modified as requested. A proposed order is attached.

Dated: This 22nd day of September, 2026.

Respectfully Submitted,

*/s/ Joe Austin*
Joe Austin
Georgia State Bar No. 176460

Federal Defender Program, Inc.
101 Marietta St. NW, Suite 1500
Atlanta, GA 30303
(404) 688-7530; Fax: (404) 688-0768
Joe_Austin@fd.org