IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SAMUEL TUNICK | CRIMINAL CASE NO.<br>1:25-CR-499-ELR-CCB-1 |

**ORDER**

Defendant Samuel Tunick ("defendant") was released on a bond and supervision under conditions set in this case. Pending before the court is defendant's motion to modify bond conditions, [Doc. 39], seeking to modify the conditions of defendant's release. His supervising officer and the government do not oppose the requested modification.

After consideration of the motion, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The defendant's conditions of release are hereby modified in two regards:

(1) The defendant may travel and stay overnight outside the district from September 30th through October 5th, 2026, and from October 16th through October 18th, 2026. The defendant must provide his supervising officer a detailed itinerary of where his music group will perform and where he will stay during these periods.

(2) The travel condition is modified to read as follows: "Defendant's travel is restricted to the Northern District of Georgia unless the supervising officer has approved travel in advance. The supervising officer may permit overnight and out-of-district travel in the supervising officer's discretion so long as, 1) the supervising officer is satisfied that it relates to an urgent family medical issue or death in the family of Mr. Tunick, and 2) Mr. Tunick has provided his supervising officer an appropriate itinerary."

All other conditions of the defendant's release remain in effect.

**IT IS SO ORDERED**, this _______ day of September, 2026.

HON. RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

Proposed Order Submitted By:
Joe Austin
Attorney for Samuel Tunick
Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
404-688-7530; Fax: 404-688-0768
Joe_Austin@FD.org