IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL TUNICK | CRIMINAL ACTION NO.<br>1:25-CR-499-ELR-CCB |

## MOTION FOR ADDITIONAL TIME TO REPLY TO GOVERNMENT'S POST-HEARING SUPPRESSION RESPONSE

The Defendant, Samuel Tunick, through undersigned counsel, respectfully requests a two-week extension to file a post-hearing suppression reply brief in this case. Mr. Tunick's post-hearing suppression brief is currently due on November 23, 2026. Mr. Tunick shows the following:

(1)

The one-count indictment alleges that Mr. Tunick violated Title 18 U.S.C. 2232(a), Destruction or Removal of Property to Prevent Seizure. (Doc. 1).

(2)

On December 3, 2025, Mr. Tunick was arraigned on the one-count indictment and released on an appearance bond the same day. (Doc. 8). On

December 15, 2025, Mr. Tunick communicated to the Court that he could no longer afford to retain a private lawyer and requested a court-appointed lawyer. An order appointing counsel was entered on December 28, 2026. (Doc. 14). An evidentiary hearing was held on Mr. Tunick's pretrial motions to suppress, Doc. 21, on July 20, 2026. (Doc. 31). On August 12th, the transcripts of the evidentiary hearing were filed. (Doc. 34). Mr. Tunick's post-hearing suppression brief was filed on October 19, 2026. (Doc. 41). The Government's response brief was filed on November 9, 2026. (Doc. 43).

(3)

Mr. Tunick, through undersigned counsel, is requesting a two-week continuance from the original pretrial motions' deadline of November 23, 2026. Undersigned counsel has had to spend significant time out of the office—at court or jail— for meetings with clients at Irwin Detention Center (an approximate 7 hour-round trip), and two duty shifts within the past two weeks.

(4)

Undersigned counsel has consulted with AUSA Carrico regarding a two-week continuance and he has no objection.

(5)

Undersigned counsel requests a continuance to allow the reasonable time necessary for effective representation. The interests of justice in continuing the motions deadline outweigh the interests of the public and the defendant in the speedy resolution of this matter, and thus the defendant counts as excludable any delay occurring in extending the motions deadline. 18 U.S.C. § 3161(h)(7)(A), (B).

WHEREFORE, Mr. Tunick respectfully requests that he be given a two-week extension to file a post-hearing suppression reply brief. A proposed order is attached.

Dated: This 19th Day of November, 2026.

Respectfully Submitted,

*/s/ Melissa McGrane*
Melissa McGrane
Georgia State Bar No. 878384

Federal Defender Program, Inc.
(404) 688-7530; Fax: (404) 688-0768
Melissa_McGrane@fd.org